**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
NOV 2 8 2022
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Syracuse

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

Aggrieved woman: Ruchele-Marette: Brook, **Plaintiff(s)** )
)
)
vs. )
)
Commissioner of Social Security Administration & )
employee Mrs. Hanley, et al, **Defendant(s)** )
)
_____

Civil Case No.: S:22-CV-1261(BKS/ML)
Affidavit in support of notice of
**COMPLAINT PURSUANT** Title 42 § 192
**TO THE AMERICANS** (SSA 1101 d);
**WITH DISABILITIES ACT** Program Fraud;
Access to records, RICO
Fraud, 18 USC 241-2; 245-7, 249,
theft, ponzi scheme, equitable estoppel,

| Plaintiff(s) demand(s) a trial by: ☒ JURY _____ COURT   (Select **only** one). |

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1.  This is a civil action seeking judgment, relief and/or damages brought pursuant to the
    Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, as amended, for
    discrimination based upon a disability and the failure to accommodate same.  This Court
    has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

**PARTIES**

2. a.  Plaintiff: Aggrieved woman; Ruchele-Marette: Brook, F.B., H.I.P.,

   Address: 107 Wood Ave

   Syracuse, NY 13206

   ladychelle1978@gmail.com

   b.  Plaintiff: Social RMB

   Address: 100 S Clinton St RMB

   # 4th Flur      RMB

   Syracuse, NY 13206 RMB

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: _Commissioner of Social Security Administration_

    Official Position: _Commissioner_

    Address: _100 S. Clinton St_

    _4th Flor_

    _Syracuse, NY 13261_

    b.  Defendant: _Mrs. Hanley_

    Official Position: _Social Security Employee_

    Address: _100 S. Clinton street_

    _4th Flor_

    _Syracuse NY 13261_

Additional Defendants may be added on a separate sheet of paper.

4.  My disability is as follows:

    A.) _Brain Cancer, Lung Cancer heart issue Arthritis Asthma diabetes, PTSD, sleep apnea please review medical Reports_

    4.B.) _F.B. PTSD - is Kidnapped but I have sole legal Custody_

    4.C.) _H.B PTSD - is Kidnapped but I have sole legal Custody of I received child Support._

5.   The conduct complained of in this action involves:
     (Check all that apply)

    (A)   _____   Failure to employ.

    (B)   _____   Termination of employment.

    (C)   _____   Denial of participation in public service or program.

    (D)   _____   Failure to make alterations to accommodate disability.

    (E)   _X_   Retaliation.

    (G)   _X_   Other acts as specified below:
                 *Program Fraud, Benefit*
                 *Theft, Identity theft*
                 *embezzlements, tax evasion,*
                 *money wire fraud, Bad faith,*
                 *RICO, Collusion, ponzi schemes, inter alia,*

6.

**FACTS**

    On the following page, set forth the facts of your case which substantiate your claim of discrimination.  List the events in the order they happened, naming defendants involved, dates and places.

    **Note:** Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

    You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

    You may use additional sheets as necessary.

*Social Security Administration is guilty of:*

_____

_____

_____

_____

_____

7.   **PRAYER FOR RELIEF** $1.⁰⁰ per word for each right derived or stipulated settlement of: 13,000,000.00

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

Maximum lawful equity, all monies owed returned with all applicable interest & penalties & upon any objections I hereby appeal & object to all adverse rebuttals and demand offer of proof of adverse claims, orders or recommendation on a point by point basis challenging Jurisdiction & Demand proof of Jurisdiction at all stages of this action.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 11/  /2022

By/s/ m ⓒ Rochelle-Martha : Brooks ⓒ
By/s/ m ⓒ Rochelle-Martha: Brooks FB.H ©
_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)